# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RSUI INDEMNITY COMPANY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACT. NO. 1:18-cv-253-TFM-MU |
| HUDAK & DAWSON BUILDING CONTRACTORS, INC., f/k/a HUDAK & DAWSON CONSTRUCTION COMPANY, INC., *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

Pending before the Court is the parties' *Stipulation for Dismissal With Prejudice*. Doc. 82, filed December 27, 2019. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by all of the parties and the non-filing signatories have filed their signature endorsements. Docs. 82, 84, 85. However, the Court also notes that this case involves counterclaims which are only addressed specifically in Fed. R. Civ. P. 41(a)(2) which states "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." The parties do not specify the rule, but indicate "[a]ll parties through counsel stipulate the dismissal of this case with prejudice."

Doc. 82. Given the current status, the Court finds it most appropriate to address the parties' stipulation under Fed. R. Civ. P. 41(a)(2).

Consequently, the Court **CONSTRUES** the Stipulation for Dismissal With Prejudice (Doc. 82) as a Motion to Dismiss. The Motion is **GRANTED** and this action (to include both claims and counterclaims) is **DISMISSED with prejudice** with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 2nd day of January 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE